NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOFASCO OF AMERICA, INC.,**
*Plaintiff-Appellant,*

v.

**ATICO INTERNATIONAL U.S.A., INC.,**
*Defendant-Appellee,*

AND

**WILLIAMS-SONOMA, INC., LONGS DRUG STORES CORPORATION, AND MOTORSPORTS AUTHENTICS, INC.,**
*Defendants.*

---

2010-1208

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-4120, Chief Judge Audrey B. Collins.

---

## ON MOTION

---

## O R D E R

Upon consideration of Tofasco of America, Inc.'s motions to withdraw its appeal.

IT IS ORDERED THAT:

(1) The motions to withdraw are granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL  6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert L. Esensten, Esq.
    Floyd B. Chapman, Esq.

s21

Issued As A Mandate: __JUL   6 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK